UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>Y. MAGALLON,<br><br>        Defendant. | **1:15-cv-01897-DAD-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT WITHIN 50 DAYS**<br><br>**(ECF No. 12)**<br><br>**FIFTY (50) DAY DEADLINE** |

      Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending is Plaintiff's motion for a sixty (60) day extension of time to file a first amended complaint, filed on April 21, 2016. (ECF No. 12.) For the reasons stated below, Plaintiff's request will be DENIED:

      Plaintiff filed his first civil rights complaint on December 21, 2015. (ECF No. 1.) On March 24, 2016, the Court issued an order dismissing Plaintiff's complaint but granting him leave to amend within thirty (30) days from the date of service of the Court's order. (ECF No. 8.) This order was served on Plaintiff on April 4, 2016, after the Clerk of Court received notice of Plaintiff's change of address. (ECF No. 9.) On April 11, 2016, Plaintiff filed a motion requesting a sixty (60) day extension of time to file an

1

amended complaint, citing difficulties accessing the law library. (ECF No. 10.) On April 14, 2016, the Court issued an order granting Plaintiff's request for an extension of time, and directed Plaintiff to file an amended complaint within sixty (60) days of the date of service of the Court's order. (ECF No. 11.) The Court's order granting the extension of time was served on Plaintiff on April 14, 2016. On April 21, 2016, Plaintiff filed the instant motion requesting a sixty (60) day extension of time to file an amended complaint, again on the grounds that he has had difficulty accessing the law library. (ECF No. 12.)

Plaintiff's second motion for an extension of time comes before the Court a mere ten (10) days after his first motion. Plaintiff has not shown why the original sixty (60) day extension of time is insufficient. Therefore, IT IS HEREBY ORDERED:

1. Plaintiff's motion for extension of time (ECF No. 12) is DENIED; and
2. Plaintiff must file his first amended complaint within **fifty (50) days** of the date of this order or his case may be subject to dismissal, with prejudice, for failure to state a claim and failure to obey a court order, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   April 22, 2016                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

2