UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Y. MAGALLON,<br><br>　　　　　Defendant. | No.  1:15-cv-01897-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(Doc. No. 20) |

　　　Plaintiff is a prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 13, 2016, plaintiff filed a motion requesting a court order directing prison officials to facilitate his access to the prison law library.  (Doc. No. 19.)  The assigned magistrate judge construed plaintiff's request as one seeking injunctive relief and on December 19, 2016, issued findings and recommendations recommending that it be denied for lack of jurisdiction.  (Doc. No. 20.)  Plaintiff was given fourteen days to file his objections to those findings and recommendations.  (*Id.*) The fourteen day deadline has passed and no objections were filed, nor has plaintiff sought an extension of time in which to file any objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The court adopts the December 19, 2016 findings and recommendations (Doc. No. 20) in full; and
2. Plaintiff's motion for law library access, construed as a motion for injunctive relief (Doc. No. 19) is denied.

IT IS SO ORDERED.

Dated:   **February 23, 2017**

UNITED STATES DISTRICT JUDGE

2